Keiko J. Kojima (SBN 206595)
E-mail: kkojima@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600 | Fax: 213.236.2700

Attorneys for Plaintiff
Hartford Life and Accident Insurance Company

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>DANIELLE ZAPATA, an individual and as the Co-Administrator of the Estate of Domingo Zapata, Sr.; MICHAEL ZAPATA, an individual; DOMINGO ZAPATA, JR., an individual and as the Co-Administrator of the Estate of Domingo Zapata, Sr.; SYLVIA LEYVA, an individual; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 1:19-cv-00349-DAD-EPG<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADINGS**<br><br>(ECF No. 15) |

The Parties, through their respective counsel, hereby stipulate as follows:

1. On March 15, 2019, this interpleader action was filed involving Defendants' competing claims to life insurance benefits under a policy issued by Plaintiff Hartford Life and Accident Insurance Company.

2. To keep costs down, Hartford requested that Defendants Danielle Zapata, an individual and as the Co-Administrator of the Estate of Domingo Zapata, Sr., Michael Zapata, an individual, Domingo Zapata, Jr., an individual and as the Co-Administrator of the Estate of

Domingo Zapata, Sr., and Sylvia Leyva (collectively "Defendants") accept service through waiver of service of summons sent by Hartford's counsel on March 27, 2019. Defendants, through their respective counsel, have accepted service of the Summons and Complaint. Hartford is providing a 30-day extension of time for Defendants to respond to the Complaint so that they may further evaluate their files and the issues.

3. The Parties hereby stipulate that Defendants shall have an extension of time to June 29, 2019 within which to file their answers to the complaint.

IT IS SO STIPULATED.

Dated: May 28, 2019              Burke, Williams & Sorensen, LLP


By: */s/ Keiko J. Kojima*
    Keiko J. Kojima
Attorneys for Plaintiff
Hartford Life and Accident Insurance Company


Dated: May 23, 2019              Lang, Richert & Patch


By: */s/ David A. Roberts*
    *[As authorized on May 23, 2019]*
    David A. Roberts
Attorneys for Defendants
Danielle Zapata, Domingo Zapata, Jr., and Michael Zapata

///

///

///

///

///

///

| | | |
|---|---|---|
| 1 | Dated: May 23, 2019 | Fishman Larsen Callister |
| 2 | | |
| 3 | | By: */s/ Joseph Zimmerl*<br>*[As authorized on May 23, 2019]* |
| 4 | | Joseph Zimmerl<br>Attorneys for Defendant |
| 5 | | Sylvia Leyva |

# **ORDER**

Pursuant to the stipulation of the parties (ECF No. 15) and good cause appearing, IT IS HEREBY ORDERED that Defendants shall file their answers to the complaint by June 29, 2019.

IT IS SO ORDERED.

Dated: **May 29, 2019**

/s/ Eric P. Grosj
UNITED STATES MAGISTRATE JUDGE