# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>DANIELLE ZAPATA, an individual and as the Co-Administrator of the Estate of Domingo Zapata, Sr.; MICHAEL ZAPATA, an individual; DOMINGO ZAPATA, JR., an individual and as the Co-Administrator of the Estate of Domingo Zapata, Sr.; SYLVIA LEYVA, an individual; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 1:19-cv-00349-EPG<br><br>**ORDER RE STIPULATION FOR DISCHARGE AND DISMISSAL OF HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY** |

Plaintiff Hartford Life and Accident Insurance Company ("Hartford"), Defendant Danielle Zapata, an individual and as the Co-Administrator of the Estate of Domingo Zapata, Sr., Defendant Michael Zapata, an individual, Defendant Domingo Zapata, Jr., an individual and as the Co-Administrator of the Estate of Domingo Zapata, Sr., and Defendant Sylvia Leyva, an individual (collectively "Defendants"), having stipulated and good cause appearing thereof, IT IS HEREBY ORDERED that:

1. Hartford is hereby and shall be discharged from any liability to Defendants to the

full extent permitted by law with respect to group policy of insurance, no. GL-675033 (the "Policy") issued by Hartford to Agrium US, Inc., and/or coverage for life insurance benefits under the Policy or Agrium US, Inc.'s employee welfare benefit plan ("the Plan").

2. Defendants shall be restrained from taking, or proceeding with or commencing any action against Hartford or its present, former, and future officers, directors, shareholders, employers, employees, parents, subsidiaries, affiliates, reinsurers, insurers, administrators, agents, predecessors, successors, attorneys and assigns, for or on account of any transaction, matter, happening or thing in any way arising out of or relating to the rights and obligations of the parties with respect to the Policy and/or the Plan, and/or with respect to benefits due under the Policy and/or the Plan.

3. Hartford shall be awarded the sum of $7,000 as reasonable attorney's fees and costs incurred in connection with this interpleader action, to be paid out of the proceeds deposited with the Clerk of this Court. The parties agree that the Clerk shall issue payment to Hartford in the sum of $7,000 from such proceeds, in care of its attorney, Keiko J. Kojima of Burke, Williams & Sorensen, LLP. The check shall be made payable to "Hartford Life and Accident Insurance Company" and mailed to:

>   Keiko J. Kojima
>   Burke, Williams & Sorensen, LLP
>   444 S. Flower Street, Suite 2400
>   Los Angeles, CA 90071-2953

4. Hartford shall be dismissed from this action with prejudice.

IT IS SO ORDERED.

Dated: **October 7, 2019**           /s/ *Erin P. Grog*
                                     UNITED STATES MAGISTRATE JUDGE