
FILED
FEB 19 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

BRIAN N. FOLLAND (SBN 157350)
THE FOLLAND LAW GROUP
8050 N. Palm Avenue, Suite 300
Fresno, CA 93711
Telephone: (559) 681-0272
Email: folland@comcast.net

Attorney for Defendants DOMINGO ZAPATA, JR., DANIELLE ZAPATA AND MICHAEL RENE ZAPATA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Plaintiff, HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> Defendants, DOMINGO ZAPATA, JR., DANIELLE ZAPATA, MICHAEL RENE ZAPATA, SYLVIA LEYVA and DOES 1-10. | Case No. 1:19-cv-00349-EPG <br><br> **STIPULATION FOR DISPERSAL OF FUNDS AND FOR ENTRY OF JUDGMENT** |

**WHEREAS**, the parties in the above referenced action took part in a mandatory settlement conference in Courtroom 6 of the United States District Court for the Eastern District of California on February 3, 2020, beginning at 10:30 a.m., the honorable Magistrate Judge Jeremy D. Peterson presiding. Defendants DOMINGO ZAPATA, JR., DANIELLE ZAPATA AND MICHAEL RENE ZAPATA were in attendance and were represented by attorney Brian N. Folland, Esq. of The Folland Law Group. Defendant SYLVIA LEYVA was in attendance and was represented by attorneys Jared R. Callister, Esq. and Joseph Zimmerl, Esq. of the Fishman, Larsen, Callister law firm.

**WHEREAS**, the parties have entered into an agreement regarding the resolution of this interpleader action and dispersal of the interpleader funds now held by the above entitled court in

this action.

NOW THEREFORE, the parties agree as follows:

The total amount of funds held by the court in this action is Fifty-Two Thousand Seven Hundred Forty-Five dollars and seventy-eight cents ($52,745.78) ("the inter-pled funds"). Fifty-Three point three four percent (53.34%) of the inter-pled funds and all earned interest shall be paid by the court to Defendants DOMINGO ZAPATA, JR., MICHAEL RENE ZAPATA and DANIELLE ZAPATA by issuance of a check payable to The Folland Law Group, in trust for DOMINGO ZAPATA, JR., MICHAEL RENE ZAPATA, and DANIELLE ZAPATA.

Forty-Six-point six six percent (46.66%) of the inter-pled funds and all earned interest shall be paid by the court to SYLVIA LEYVA by issuance of a check payable to Fishman, Larsen, Callister, in trust for SYLVIA LEYVA.

**THE PARTIES HEREBY AGREE TO THE TERMS OF THE FOREGOING STIPULATION:**

Dated: 2/14/2020      _____
                     DOMINGO ZAPATA, JR.

Dated: 02/14/2020    _____
                     MICHAEL RENE ZAPATA

Dated: 02/14/20      _____
                     DANIELLE ZAPATA

Dated: 2/11/2020     _____
                     SYLVIA LEYVA

-2-

APPROVED AS TO FORM:

Dated: _____    /s/ Brian N. Folland
Brian N. Folland, attorneys for
Defendants DOMINGO ZAPATA, JR.
MICHAEL RENE ZAPATA and DANIELLE
ZAPATA

Dated: 2/13/20    /s/ Jared R. Callister
Jared R. Callister, attorneys for Defendant
SYLVIA LEYVA

## ORDER ON STIPULATION

Having read and considered the foregoing STIPULATION FOR DISPERSAL OF FUNDS AND FOR ENTRY OF JUDGMENT, and good cause appearing therefore, the funds held in interpleader in the above referenced action shall be dispersed pursuant to the terms of this stipulation and judgment shall be entered as per said terms.

**IT IS SO ORDERED.**

Dated: 2/19/20    /s/ Erica P. Grosjean
Honorable United States Magistrate
Judge Erica P. Grosjean

| Form **W-9** | **Request for Taxpayer** | Give Form to the |
|---|---|---|
| (Rev. October 2018) Department of the Treasury Internal Revenue Service | **Identification Number and Certification** ▶ Go to *www.irs.gov/FormW9* for instructions and the latest information. | requester. Do not send to the IRS. |

**1** Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.

Fishman, Larsen & Callister

**2** Business name/disregarded entity name, if different from above

**3** Check appropriate box for federal tax classification of the person whose name is entered on line 1. Check only one of the following seven boxes.

☐ Individual/sole proprietor or single-member LLC    ☑ C Corporation    ☐ S Corporation    ☐ Partnership    ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=Partnership) ▶ _____

Note: Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is not disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

☐ Other (see instructions) ▶

**4** Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

*(Applies to accounts maintained outside the U.S.)*

**5** Address (number, street, and apt. or suite no.) See instructions.

[REDACTED]

**6** City, state, and ZIP code

Fresno, CA 93720

Requester's name and address (optional)

**7** List account number(s) here (optional)

## Part I  Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN*, later.

Note: If the account is in more than one name, see the instructions for line 1. Also see *What Name and Number To Give the Requester* for guidelines on whose number to enter.

Social security number

☐☐☐ - ☐☐ - ☐☐☐☐

or

Employer identification number

7 7 - 0 5 3 8 2 6 9

## Part II  Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined below); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

Sign Here | Signature of U.S. person ▶ *[signed]*   Date ▶ 1/15/2020

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/FormW9*.

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following.

• Form 1099-INT (interest earned or paid)

• Form 1099-DIV (dividends, including those from stocks or mutual funds)

• Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)

• Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)

• Form 1099-S (proceeds from real estate transactions)

• Form 1099-K (merchant card and third party network transactions)

• Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)

• Form 1099-C (canceled debt)

• Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

*If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See What is backup withholding, later.*

Cat. No. 10231X    Form **W-9** (Rev. 10-2018)

| Form **W-9** | **Request for Taxpayer** | Give Form to the |
| (Rev. October 2018) | **Identification Number and Certification** | requester. Do not |
| Department of the Treasury Internal Revenue Service | ▶ Go to *www.irs.gov/FormW9* for Instructions and the latest information. | send to the IRS. |

**1** Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.
Brian N. Folland

**2** Business name/disregarded entity name, if different from above
The Folland Law Goup

**3** Check appropriate box for federal tax classification of the person whose name is entered on line 1. Check only one of the following seven boxes.

[✓] Individual/sole proprietor or single-member LLC
[ ] C Corporation
[ ] S Corporation
[ ] Partnership
[ ] Trust/estate

[ ] Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=Partnership) ▶ _____

Note: Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is not disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

[ ] Other (see instructions) ▶

**4** Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

*(Applies to accounts maintained outside the U.S.)*

**5** Address (number, street, and apt. or suite no.) See instructions.
[redacted]

**6** City, state, and ZIP code
Fresno, CA 93711

**7** List account number(s) here (optional)

Requester's name and address (optional)

---

**Part I**    **Taxpayer Identification Number (TIN)**

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN*, later.

**Note:** If the account is in more than one name, see the instructions for line 1. Also see *What Name and Number To Give the Requester* for guidelines on whose number to enter.

Social security number
[redacted]

or

Employer identification number

---

**Part II**    **Certification**

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined below); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

Sign Here    Signature of U.S. person ▶ *[signature]*    Date ▶ 2-18-20

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/FormW9*.

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following.

• Form 1099-INT (interest earned or paid)

• Form 1099-DIV (dividends, including those from stocks or mutual funds)
• Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)
• Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)
• Form 1099-S (proceeds from real estate transactions)
• Form 1099-K (merchant card and third party network transactions)
• Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)
• Form 1099-C (canceled debt)
• Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See *What is backup withholding*, later.

Cat. No. 10231X      Form **W-9** (Rev. 10-2018)